**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUY NGUYEN, individually on behalf of himself and other individuals similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHENS INSTITUTE, d/b/a ACADEMY OF ART UNIVERSITY,<br><br>Defendant. | Case No. 4:20-cv-04195-JSW<br><br>[PROPOSED] **FINAL JUDGMENT**<br><br>Re: Dkt. No. 82 |

Based upon the partial resolution of claims by the Parties, Plaintiff Duy Nguyen ("Plaintiff") and Defendant Stephens Institute d/b/a Academy of Art University ("Defendant") (collectively "the Parties") have stipulated that Defendant is entitled to entry of final judgment of tuition-based claims brought by Plaintiff in the above-referenced action.

Accordingly, the Court enters Judgment as follows:

Judgment is entered against Plaintiff for Plaintiff's tuition-based claims in favor of Defendant including those associated with breach of contract and unjust enrichment, subject to the Parties' right to appeal.

**The Clerk shall close the file.**

**IT IS SO ORDERED.**

DATED:  November 22,  2024

_____
The Honorable Jeffrey S. White
United States District Judge