Brett R. Cohen, Esq. (SBN 337543)
Michael A. Tompkins, Esq.*
Anthony M. Alesandro, Esq.*
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550
bcohen@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com
aalesandro@leedsbrownlaw.com
*Admitted Pro Hac Vice*

Jason P. Sultzer, Esq.*
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (800) 552-0265
sultzerj@thesultzerlawgroup.com
*Admitted Pro Hac Vice*

Perry L. Segal, Esq. (SBN 250947)
**CHARON LAW**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Tel: (650) 542-7935
Perry.segal@charonlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUY NGUYEN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>- against -<br><br>STEPHENS INSTITUTE, d/b/a ACADEMY OF ART UNIVERSITY,<br><br>Defendants. | Case No.: 4:20-cv-04195-JSW<br><br>**PLAINTIFF'S NOTICE OF APPEAL**<br><br>Judge: Hon. Jeffrey S. White<br><br>Action Filed: June 25, 2020 |

PLAINTIFF'S NOTICE OF APPEAL

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 2107(a), Plaintiff Duy Nguyen appeals to the United States Court of Appeals for the Ninth Circuit from (i) this Court's order granting in-part Defendant's motion to dismiss (Dkt. 38) filed March 30, 2021; (ii) this Court's order denying Plaintiff's motion for Class Certification (Dkt. No. 73), filed October 30, 2023; and (iii) this Court's final judgment dismissing the action and entering judgment against Plaintiff for Plaintiff's tuition-based claims in favor of Defendant including those associated with breach of contract and unjust enrichment (Dkt. No. 83), filed November 22, 2024.

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule 3-2 (b), a Representation Statement is attached hereto as **Exhibit A**.

Dated: December 18, 2024

                Respectfully submitted,

                LEEDS BROWN LAW, P.C.

By: */s/ Brett R. Cohen*
    Brett R. Cohen, Esq. (SBN 337543)
    One Old Country Road, Suite 347
    Carle Place, NY 11514-1851
    (516) 873-9550
    bcohen@leedsbrownlaw.com

    Perry L. Segal, Esq. (SBN 250947)
    **CHARON LAW**
    303 Twin Dolphin Drive, Suite 600

PLAINTIFF'S NOTICE OF APPEAL

Redwood City, CA 94065
Tel: (650) 542-7935
Perry.segal@charonlaw.com

Jason P. Sultzer, Esq.*
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (800) 552-0265
sultzerj@thesultzerlawgroup.com
*Admitted Pro Hac Vice*

*Counsel for Plaintiff*

PLAINTIFF'S NOTICE OF APPEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT A

# REPRESENTATION STATEMENT

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule 3-2(b), the following list represents all parties to the action, and upon information and belief, their respective counsel by name, address, telephone number, and email address.

| PARTY | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellant Duy Nguyen | Brett R. Cohen, Esq. (SBN 337543)<br>Michael A. Tompkins, Esq.*<br>Anthony M. Alesandro, Esq.*<br>**LEEDS BROWN LAW, P.C.**<br>1 Old Country Road, Suite 347<br>Carle Place, New York 11514<br>Tel: (516) 873-9550<br>bcohen@leedsbrownlaw.com<br>mtompkins@leedsbrownlaw.com<br>aalesandro@leedsbrownlaw.com<br>*Admitted pro hac vice<br><br>Perry L. Segal, Esq. (SBN 250947)<br>**CHARON LAW**<br>303 Twin Dolphin Drive, Suite 600<br>Redwood City, CA 94065<br>Tel: (650) 542-7935<br>Perry.segal@charonlaw.com<br><br>Jason P. Sultzer, Esq.*<br>**SULTZER & LIPARI, PLLC**<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601<br>Tel: (800) 552-0265<br>sultzerj@thesultzerlawgroup.com<br>*Admitted Pro Hac Vice |
| Defendant-Appellee | Paul David Fife, Esq. (SBN 114848) |

PLAINTIFF'S NOTICE OF APPEAL

| | |
|---|---|
| Stephens Institute d/b/a Academy of Art University | **FIFE LAW, LLP**<br>300 Montgomery Street, Suite 631<br>San Francisco, CA 94104<br>Tel : 415-837-3101<br>paulfife@fifelawllp.com<br><br>Steven Gombos, Esq.*<br>Gerald Ritzert, Esq.*<br>Jacob C. Shorter, Esq*<br>**GOMBOS AND LEYTON, P.C.**<br>11350 Random Hills Road, Suite 400<br>Fairfax, VA 22030<br>Tel: (703) 934-2600<br>sgombos@glpclaw.com<br>gritzert@glpclaw.com<br>jshorter@glpclaw.com<br>*Admitted Pro Hac Vice* |

Dated: December 18, 2024

                          Respectfully submitted,

                         **LEEDS BROWN LAW, P.C.**

            By: */s/ Brett R. Cohen* _____
                Brett R. Cohen, Esq. (SBN 337543)
                One Old Country Road, Suite 347
                Carle Place, NY 11514-1851
                (516) 873-9550
                bcohen@leedsbrownlaw.com

                Perry L. Segal, Esq. (SBN 250947)
                **CHARON LAW**
                303 Twin Dolphin Drive, Suite 600
                Redwood City, CA 94065
                Tel: (650) 542-7935
                Perry.segal@charonlaw.com

Jason P. Sultzer, Esq.*
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (800) 552-0265
sultzerj@thesultzerlawgroup.com
*\*Admitted Pro Hac Vice*

*Counsel for Plaintiff*