| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 8 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DUY NGUYEN, on behalf of himself and other individuals similarly situated,

        Plaintiff - Appellant,

v.

STEPHENS INSTITUTE, INC., doing business as Academy of Art University,

        Defendant - Appellee.

No. 24-7738

D.C. No. 4:20-cv-04195-JSW
Northern District of California, Oakland

ORDER

Pursuant to the parties' stipulation (Docket Entry No. 13), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT